## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth L. Boyle a/k/a Betty Boyle<br>Debtor(s) | BK NO. 21-01784 HWV<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/ Rebecca A. Solarz, Esquire**
                      Rebecca A. Solarz, Esquire
                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      Phone: (215)627-1322
                      Email:
                      rsolarz@kmllawgroup.com
                      Attorney for Movant