UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     ELIZABETH L. BOYLE
             AKA: BETTY BOYLE

             Debtor(s)                     CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                CASE NO: 5-21-01784-HWV
             Movant

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on August 31, 2021, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)    A Petition under Chapter 13 was filed on August 13, 2021.

2)    The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

     **- CHAPTER 13 PLAN**

3)    If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                       Respectfully submitted,
                                       s/ Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       8125 Adams Drive, Suite A
                                       Hummelstown, PA 17036
                                       (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ELIZABETH L. BOYLE              CHAPTER 13
             AKA: BETTY BOYLE

CASE NO: 5-21-01784-HWV

## NOTICE

The debtor(s) filed a Chapter 13 Bankruptcy Petition on August 13, 2021.

The Standing Chapter 13 Trustee, Jack N. Zaharopoulos, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

        **Date:**         **September 22, 2021**
        **Time:**        **09:30 AM**
        **Location:**    **Ronald Reagan Federal Bldg**
                        **Bankruptcy Courtroom, 3rd Floor**
                        **228 Walnut Street**
                        **Harrisburg, PA 17101**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **September 14, 2021**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                                                Respectfully submitted,
                                                                 s/ <u>Jack N. Zaharopoulos</u>
                                                                 Standing Chapter 13 Trustee
                                                                 8125 Adams Drive, Suite A
                                                                 Hummelstown, PA  17036

Dated:  August 31, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ELIZABETH L. BOYLE
AKA: BETTY BOYLE

CHAPTER 13

Debtor(s)

CASE NO: 5-21-01784-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 31, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| BRIAN E MANNING, ESQUIRE<br>502 SOUTH BLAKELY STREET<br>DUNMORE, PA 18512- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| ELIZABETH L. BOYLE<br>613 SANDERSON ST<br>THROOP, PA 18512-1201 | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 31, 2021

Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ELIZABETH L. BOYLE
AKA: BETTY BOYLE

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-21-01784-HWV

vs.

ELIZABETH L. BOYLE
AKA: BETTY BOYLE

MOTION TO DISMISS

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.