Naro Enterprises, Inc.
276 Drinker Turnpike
PA 18424


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

---

| Employee Pay Stub | Check number: DD7520 | | | Pay Period: 11/21/2020 - 11/27/2020 | Pay Date: 12/04/2020 |

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,295.00 | 1,295.00 | 52,185.50 |

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ******9226 | | 882.74 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -77.70 | -3,131.15 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 38.85 | 1,565.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -12.95 | -521.87 |
| LST | -1.00 | -49.00 |
| Federal Withholding | -181.00 | -6,858.00 |
| Social Security Employee | -80.29 | -3,235.50 |
| Medicare Employee | -18.78 | -756.69 |
| PA - Withholding | -39.76 | -1,602.11 |
| PA - Unemployment | -0.78 | -31.31 |
| | -334.56 | -13,054.48 |

**Memo**

Direct Deposit

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Advances | | -669.50 |
| Expenses | | 225.00 |
| | | -444.50 |

| Net Pay | 882.74 | 35,555.37 |
|---|---|---|

Naro Enterprises, Inc., 276 Drinker Turnpike, PA 18424



Naro Enterprises, Inc.
276 Drinker Turnpike
PA 18424

Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512

Direct Deposit

| Employee Pay Stub | Check number: DD7562 | | | Pay Period: 11/28/2020 - 12/04/2020 | | Pay Date: 12/11/2020 | |

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra | |
|---|---|---|---|---|---|---|---|
| Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512 | | | | ***-**-0948 | Single/Withhold | Fed-0/10/PA-0/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Special | 1:00 | 1,400.00 | 1,400.00 | 53,585.50 | Checking - ******9226 | | | 948.08 |

| Deductions From Gross | | | Current | YTD Amount | Non-taxable Company Items | | Current | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 401k Emp. | | | -84.00 | -3,215.15 | 401k Co. Match | | 42.00 | 1,607.60 |

| Taxes | | | Current | YTD Amount | Memo | | | |
|---|---|---|---|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | | |
| Local | | | -14.00 | -535.87 | | | | |
| LST | | | -1.00 | -50.00 | | | | |
| Federal Withholding | | | -202.00 | -7,060.00 | | | | |
| Social Security Employee | | | -86.80 | -3,322.30 | | | | |
| Medicare Employee | | | -20.30 | -776.99 | | | | |
| PA - Withholding | | | -42.98 | -1,645.09 | | | | |
| PA - Unemployment | | | -0.84 | -32.15 | | | | |
| | | | -367.92 | -13,422.40 | | | | |

| Adjustments to Net Pay | | | Current | YTD Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| Advances | | | | -669.50 | | | | |
| Expenses | | | | 225.00 | | | | |
| | | | | -444.50 | | | | |

| Net Pay | | | 948.08 | 36,503.45 | | | | |

Naro Enterprises, Inc., 276 Drinker Turnpike, PA 18424

Naro Enterprises, Inc.
276 Drinker Turnpike
PA 18424


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

---

| Employee Pay Stub | | Check number: DD7726 | | Pay Period: 12/19/2020 - 12/25/2020 | | Pay Date: 12/31/2020 |

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,195.00 | 1,195.00 | 57,480.50 |
| Bonus | | | | 349.06 |
| | 1:00 | | 1,195.00 | 57,829.56 |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - ******9226 | | | 822.52 |

| Deductions From Gross | | | Current | YTD Amount |
|---|---|---|---|---|
| 401k Emp. | | | -71.70 | -3,469.79 |

| Non-taxable Company Items | | Current | YTD Amount |
|---|---|---|---|
| 401k Co. Match | | 35.85 | 1,734.92 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -11.95 | -578.31 |
| LST | 0.00 | -52.00 |
| Federal Withholding | -160.00 | -7,641.00 |
| Social Security Employee | -74.09 | -3,585.43 |
| Medicare Employee | -17.33 | -838.53 |
| PA - Withholding | -36.69 | -1,775.39 |
| PA - Unemployment | -0.72 | -34.70 |
| | -300.78 | -14,505.36 |

**Memo**

Direct Deposit

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Advances | | -669.50 |
| Expenses | | 225.00 |
| | | -444.50 |

| Net Pay | 822.52 | 39,409.91 |
|---|---|---|

Naro Enterprises, Inc., 276 Drinker Turnpike, PA 18424

Naro Enterprises, Inc.
276 Drinker Turnpike
PA 18424

Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512

Direct Deposit

| Employee Pay Stub | | | Check number: DD7602 | | Pay Period: 12/12/2020 - 12/18/2020 | | Pay Date: 12/18/2020 |
|---|---|---|---|---|---|---|---|

| Employee | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|
| Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512 | | | ***-**-0948 | Single/Withhold | | Fed-0/10/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Bonus | | 349.06 | 349.06 | 349.06 |
| Special | | | | 53,585.50 |
| | 0.00 | | 349.06 | 53,934.56 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -20.94 | -3,236.09 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -3.49 | -539.36 |
| LST | 0.00 | -50.00 |
| Federal Withholding | -37.00 | -7,097.00 |
| Social Security Employee | -21.64 | -3,343.94 |
| Medicare Employee | -5.06 | -782.05 |
| PA - Withholding | -10.72 | -1,655.81 |
| PA - Unemployment | -0.21 | -32.36 |
| | -78.12 | -13,500.52 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Advances | | -669.50 |
| Expenses | | 225.00 |
| | | -444.50 |

| Net Pay | 250.00 | 36,753.45 |
|---|---|---|

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ******9226 | | 250.00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 10.47 | 1,618.07 |

Memo
Direct Deposit

Naro Enterprises, Inc.
276 Drinker Turnpike
PA 18424


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

| Employee Pay Stub | | | Check number: DD7642 | | Pay Period: 12/05/2020 - 12/11/2020 | | Pay Date: 12/18/2020 |
|---|---|---|---|---|---|---|---|

| Employee | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512 | | | | ***-**-0948 | Single/Withhold | | Fed-0/10/PA-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,500.00 | 1,500.00 | 55,085.50 |
| Bonus | | | | 349.06 |
| | 1:00 | | 1,500.00 | 55,434.56 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** |
| 401k Emp. | | | -90.00 | -3,326.09 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Local | | | -15.00 | -554.36 |
| LST | | | -1.00 | -51.00 |
| Federal Withholding | | | -223.00 | -7,320.00 |
| Social Security Employee | | | -93.00 | -3,436.94 |
| Medicare Employee | | | -21.75 | -803.80 |
| PA - Withholding | | | -46.05 | -1,701.86 |
| PA - Unemployment | | | -0.90 | -33.26 |
| | | | -400.70 | -13,901.22 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Advances | | | | -669.50 |
| Expenses | | | | 225.00 |
| | | | | -444.50 |
| **Net Pay** | | | **1,009.30** | **37,762.75** |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - ******9226 | | | 1,009.30 |
| **Non-taxable Company Items** | | **Current** | **YTD Amount** |
| 401k Co. Match | | 45.00 | 1,663.07 |
| **Memo** | | | |
| Direct Deposit | | | |

Naro Enterprises, Inc., 276 Drinker Turnpike, PA 18424

Naro Enterprises, Inc.
276 Drinker Turnpike
PA 18424


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

---

| Employee Pay Stub | Check number: DD7767 | | | Pay Period: 12/26/2020 - 01/01/2021 | | Pay Date: 01/08/2021 |
|---|---|---|---|---|---|---|

**Employee**

SSN

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,390.00 | 1,390.00 | 1,390.00 |

| Direct Deposit | | | | Amount |
|---|---|---|---|---|
| Checking - ******9226 | | | | 942.86 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -83.40 | -83.40 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 41.70 | 41.70 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -13.90 | -13.90 |
| LST | -1.00 | -1.00 |
| Federal Withholding | -199.00 | -199.00 |
| Social Security Employee | -86.18 | -86.18 |
| Medicare Employee | -20.16 | -20.16 |
| PA - Withholding | -42.67 | -42.67 |
| PA - Unemployment | -0.83 | -0.83 |
| | -363.74 | -363.74 |

**Memo**

Direct Deposit

| Net Pay | 942.86 | 942.86 |
|---|---|---|

Naro Enterprises, Inc., 276 Drinker Turnpike, PA 18424

Naro Enterprises, Inc.
276 Drinker Turnpike
PA 18424


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

---

| Employee Pay Stub | | Check number: DD7849 | | | Pay Period: 01/09/2021 - 01/15/2021 | | Pay Date: 01/22/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,550.00 | 1,550.00 | 4,615.00 |

| Direct Deposit | Amount |
|---|---|
| Checking - ******9226 | 1,041.40 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -93.00 | -276.90 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 46.50 | 138.45 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -15.50 | -46.15 |
| LST | -1.00 | -3.00 |
| Federal Withholding | -232.00 | -689.00 |
| Social Security Employee | -96.10 | -286.13 |
| Medicare Employee | -22.48 | -66.92 |
| PA - Withholding | -47.59 | -141.68 |
| PA - Unemployment | -0.93 | -2.77 |
| | -415.60 | -1,235.65 |
| **Net Pay** | **1,041.40** | **3,102.45** |

**Memo**

Direct Deposit

---

Naro Enterprises, Inc., 276 Drinker Turnpike, PA 18424

Naro Enterprises, Inc.
276 Drinker Turnpike
PA 18424


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

| Employee Pay Stub | | | Check number: DD7809 | | Pay Period: 01/02/2021 - 01/08/2021 | | Pay Date: 01/15/2021 | |

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | Amount |
|---|---|---|---|---|---|---|---|
| Special | 1:00 | 1,675.00 | 1,675.00 | 3,065.00 | Checking - ******9226 | | 1,118.19 |

| Deductions From Gross | Current | YTD Amount | Non-taxable Company Items | Current | YTD Amount |
|---|---|---|---|---|---|
| 401k Emp. | -100.50 | -183.90 | 401k Co. Match | 50.25 | 91.95 |

| Taxes | Current | YTD Amount | Memo |
|---|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 | Direct Deposit |
| Local | -16.75 | -30.65 | |
| LST | -1.00 | -2.00 | |
| Federal Withholding | -258.00 | -457.00 | |
| Social Security Employee | -103.85 | -190.03 | |
| Medicare Employee | -24.28 | -44.44 | |
| PA - Withholding | -51.42 | -94.09 | |
| PA - Unemployment | -1.01 | -1.84 | |
| | -456.31 | -820.05 | |
| Net Pay | 1,118.19 | 2,061.05 | |

Naro Enterprises, Inc., 276 Drinker Turnpike, PA 18424

Naro Enterprises, Inc.
276 Drinker Turnpike
PA 18424

Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512

Direct Deposit

---

| Employee Pay Stub | Check number: DD7891 | Pay Period: 01/16/2021 - 01/22/2021 | Pay Date: 01/29/2021 |
|---|---|---|---|

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,405.00 | 1,405.00 | 6,020.00 |

| Direct Deposit | Amount |
|---|---|
| Checking - ******9226 | 952.20 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -84.30 | -361.20 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 42.15 | 180.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -14.05 | -60.20 |
| LST | -1.00 | -4.00 |
| Federal Withholding | -202.00 | -891.00 |
| Social Security Employee | -87.11 | -373.24 |
| Medicare Employee | -20.37 | -87.29 |
| PA - Withholding | -43.13 | -184.81 |
| PA - Unemployment | -0.84 | -3.61 |
| | -368.50 | -1,604.15 |
| **Net Pay** | **952.20** | **4,054.65** |

**Memo**

Direct Deposit

---

Naro Enterprises, Inc., 276 Drinker Turnpike, PA 18424

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

| Employee Pay Stub | | Check number: DD7932 | | Pay Period: 01/23/2021 - 01/29/2021 | | Pay Date: 02/05/2021 |
|---|---|---|---|---|---|---|

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,500.00 | 1,500.00 | 7,520.00 |

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ******9226 | | 1,010.30 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -90.00 | -451.20 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 45.00 | 225.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -15.00 | -75.20 |
| LST | -1.00 | -5.00 |
| Federal Withholding | -222.00 | -1,113.00 |
| Social Security Employee | -93.00 | -466.24 |
| Medicare Employee | -21.75 | -109.04 |
| PA - Withholding | -46.05 | -230.86 |
| PA - Unemployment | -0.90 | -4.51 |
| | -399.70 | -2,003.85 |
| | | |
| **Net Pay** | **1,010.30** | **5,064.95** |

**Memo**

Direct Deposit

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444

Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512

Direct Deposit

| Employee Pay Stub | | Check number: DD7973 | | | Pay Period: 01/30/2021 - 02/05/2021 | | Pay Date: 02/12/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 695.00 | 695.00 | 8,215.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -41.70 | -492.90 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -6.95 | -82.15 |
| LST | -1.00 | -6.00 |
| Federal Withholding | -75.00 | -1,188.00 |
| Social Security Employee | -43.09 | -509.33 |
| Medicare Employee | -10.08 | -119.12 |
| PA - Withholding | -21.34 | -252.20 |
| PA - Unemployment | -0.42 | -4.93 |
| | -157.88 | -2,161.73 |

| Net Pay | 495.42 | 5,560.37 |
|---|---|---|

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ******9226 | | 495.42 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 20.85 | 246.45 |

**Memo**

Direct Deposit

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444

Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512

Direct Deposit

| Employee Pay Stub | Check number: DD8013 | | | Pay Period: 02/06/2021 - 02/12/2021 | | Pay Date: 02/19/2021 | |
|---|---|---|---|---|---|---|---|

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,270.00 | 1,270.00 | 9,485.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -76.20 | -569.10 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -12.70 | -94.85 |
| LST | -1.00 | -7.00 |
| Federal Withholding | -174.00 | -1,362.00 |
| Social Security Employee | -78.74 | -588.07 |
| Medicare Employee | -18.41 | -137.53 |
| PA - Withholding | -38.99 | -291.19 |
| PA - Unemployment | -0.76 | -5.69 |
| | -324.60 | -2,486.33 |

| Net Pay | 869.20 | 6,429.57 |
|---|---|---|

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ******9226 | | 869.20 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 38.10 | 284.55 |

**Memo**

Direct Deposit

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444

Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512

Direct Deposit

---

| Employee Pay Stub | Check number: DD8054 | | | Pay Period: 02/13/2021 - 02/19/2021 | | Pay Date: 02/26/2021 |

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,675.00 | 1,675.00 | 11,160.00 |

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ******9226 | | 1,118.18 |

| Deductions From Gross | | | Current | YTD Amount |
|---|---|---|---|---|
| 401k Emp. | | | -100.50 | -669.60 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 50.25 | 334.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -16.75 | -111.60 |
| LST | -1.00 | -8.00 |
| Federal Withholding | -258.00 | -1,620.00 |
| Social Security Employee | -103.85 | -691.92 |
| Medicare Employee | -24.29 | -161.82 |
| PA - Withholding | -51.42 | -342.61 |
| PA - Unemployment | -1.01 | -6.70 |
| | -456.32 | -2,942.65 |
| **Net Pay** | **1,118.18** | **7,547.75** |

**Memo**

Direct Deposit

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444

Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512

Direct Deposit

| Employee Pay Stub | | Check number: DD8095 | | | Pay Period: 02/20/2021 - 02/26/2021 | | Pay Date: 03/05/2021 | ✓ |

**Employee**                                                                          **SSN**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512                              ***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Special | 1:00 | 1,175.00 | 1,175.00 | 12,335.00 | Checking - ******9226 | | | 810.09 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | **Non-taxable Company Items** | | **Current** | **YTD Amount** |
| 401k Emp. | | | -70.50 | -740.10 | 401k Co. Match | | 35.25 | 370.05 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | | |
| Local | | | -11.75 | -123.35 | | | | |
| LST | | | -1.00 | -9.00 | | | | |
| Federal Withholding | | | -155.00 | -1,775.00 | | | | |
| Social Security Employee | | | -72.85 | -764.77 | | | | |
| Medicare Employee | | | -17.04 | -178.86 | | | | |
| PA - Withholding | | | -36.07 | -378.68 | | | | |
| PA - Unemployment | | | -0.70 | -7.40 | | | | |
| | | | -294.41 | -3,237.06 | | | | |
| **Net Pay** | | | **810.09** | **8,367.84** | | | | |

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444

Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512

Direct Deposit

| Employee Pay Stub | Check number: DD8135 | Pay Period: 02/27/2021 - 03/05/2021 | Pay Date: 03/12/2021 |
|---|---|---|---|

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,675.00 | 1,675.00 | 14,010.00 |

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ******9226 | | 1,118.18 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -100.50 | -840.60 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 50.25 | 420.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -16.75 | -140.10 |
| LST | -1.00 | -10.00 |
| Federal Withholding | -258.00 | -2,033.00 |
| Social Security Employee | -103.85 | -868.62 |
| Medicare Employee | -24.29 | -203.15 |
| PA - Withholding | -51.42 | -430.10 |
| PA - Unemployment | -1.01 | -8.41 |
| | -456.32 | -3,693.38 |

**Memo**

Direct Deposit

| Net Pay | 1,118.18 | 9,476.02 |
|---|---|---|

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

| Employee Pay Stub | | | Check number: DD8175 | | Pay Period: 03/06/2021 - 03/12/2021 | | Pay Date: 03/19/2021 |
|---|---|---|---|---|---|---|---|

**Employee**
Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**
***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 905.00 | 905.00 | 14,915.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -54.30 | -894.90 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -9.05 | -149.15 |
| LST | -1.00 | -11.00 |
| Federal Withholding | -99.00 | -2,132.00 |
| Social Security Employee | -56.11 | -924.73 |
| Medicare Employee | -13.12 | -216.27 |
| PA - Withholding | -27.78 | -457.88 |
| PA - Unemployment | -0.54 | -8.95 |
| | -206.60 | -3,899.98 |

| Net Pay | 644.10 | 10,120.12 |
|---|---|---|

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ******9226 | | 644.10 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 27.15 | 447.45 |

**Memo**
Direct Deposit

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444

Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512

Direct Deposit

| Employee Pay Stub | | Check number: DD8216 | | | Pay Period: 03/13/2021 - 03/19/2021 | | Pay Date: 03/26/2021 | ✓ |

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Special | 1:00 | 670.00 | 670.00 | 15,585.00 | Checking - ******9226 | | | 476.88 |

| Deductions From Gross | | | Current | YTD Amount | Non-taxable Company Items | | Current | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 401k Emp. | | | -40.20 | -935.10 | 401k Co. Match | | 20.10 | 467.55 |

| Taxes | | | Current | YTD Amount | Memo | | | |
|---|---|---|---|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | | |
| Local | | | -6.70 | -155.85 | | | | |
| LST | | | -1.00 | -12.00 | | | | |
| Federal Withholding | | | -73.00 | -2,205.00 | | | | |
| Social Security Employee | | | -41.54 | -966.27 | | | | |
| Medicare Employee | | | -9.71 | -225.98 | | | | |
| PA - Withholding | | | -20.57 | -478.45 | | | | |
| PA - Unemployment | | | -0.40 | -9.35 | | | | |
| | | | -152.92 | -4,052.90 | | | | |

| Net Pay | | | 476.88 | 10,697.00 | | | | |

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444

Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512

Direct Deposit

---

Employee Pay Stub     Check number: DD8259     Pay Period: 03/20/2021 - 03/26/2021     Pay Date: 04/02/2021

| Employee | | | | SSN | | |
|---|---|---|---|---|---|---|
| Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512 | | | | ***-**-0948 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,640.00 | 1,640.00 | 17,225.00 |

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ******9226 | | 1,072.91 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k Emp. | -98.40 | -1,033.50 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k Co. Match | 49.20 | 516.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local | -16.40 | -172.25 |
| LST | -1.00 | -13.00 |
| Federal Withholding | -251.00 | -2,456.00 |
| Social Security Employee | -101.68 | -1,067.95 |
| Medicare Employee | -23.78 | -249.76 |
| PA - Withholding | -50.35 | -528.80 |
| PA - Unemployment | -0.98 | -10.33 |
| | -445.19 | -4,498.09 |

Memo

Direct Deposit

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Advances | -23.50 | -23.50 |
| | | |
| Net Pay | 1,072.91 | 11,669.91 |

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

---

| Employee Pay Stub | | Check number: DD8302 | | | Pay Period: 03/27/2021 - 04/02/2021 | | Pay Date: 04/09/2021 |
|---|---|---|---|---|---|---|---|

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,755.00 | 1,755.00 | 18,980.00 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** |
| 401k Emp. | | | -105.30 | -1,138.80 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Local | | | -17.55 | -189.80 |
| LST | | | -1.00 | -14.00 |
| Federal Withholding | | | -274.00 | -2,730.00 |
| Social Security Employee | | | -108.81 | -1,176.76 |
| Medicare Employee | | | -25.45 | -275.21 |
| PA - Withholding | | | -53.88 | -582.68 |
| PA - Unemployment | | | -1.06 | -11.39 |
| | | | -481.75 | -4,979.84 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Advances | | | | -23.50 |
| **Net Pay** | | | **1,167.95** | **12,837.86** |

| Direct Deposit | | | | Amount |
|---|---|---|---|---|
| Checking - ******9226 | | | | 1,167.95 |
| **Non-taxable Company Items** | | | **Current** | **YTD Amount** |
| 401k Co. Match | | | 52.65 | 569.40 |

**Memo**

Direct Deposit

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444

Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512

Direct Deposit

| Employee Pay Stub | | Check number: DD8344 | | | Pay Period: 04/03/2021 - 04/09/2021 | | Pay Date: 04/16/2021 |  |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | | |
| Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512 | | | | | ***-**-0948 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Special | 1:00 | 1,325.00 | 1,325.00 | 20,305.00 | | Checking - ******9226 | | | 902.42 |
| **Deductions From Gross** | | | Current | YTD Amount | | **Non-taxable Company Items** | | Current | YTD Amount |
| 401k Emp. | | | -79.50 | -1,218.30 | | 401k Co. Match | | 39.75 | 609.15 |
| **Taxes** | | | Current | YTD Amount | | **Memo** | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | Direct Deposit | | | |
| Local | | | -13.25 | -203.05 | | | | | |
| LST | | | -1.00 | -15.00 | | | | | |
| Federal Withholding | | | -186.00 | -2,916.00 | | | | | |
| Social Security Employee | | | -82.15 | -1,258.91 | | | | | |
| Medicare Employee | | | -19.21 | -294.42 | | | | | |
| PA - Withholding | | | -40.68 | -623.36 | | | | | |
| PA - Unemployment | | | -0.79 | -12.18 | | | | | |
| | | | -343.08 | -5,322.92 | | | | | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | | | | | |
| Advances | | | | -23.50 | | | | | |
| **Net Pay** | | | 902.42 | 13,740.28 | | | | | |

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

---

| Employee Pay Stub | | Check number: DD8387 | | Pay Period: 04/10/2021 - 04/16/2021 | | Pay Date: 04/23/2021 | |
|---|---|---|---|---|---|---|---|

**Employee** | SSN
Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512 | ***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Special | 1:00 | 1,540.00 | 1,540.00 | 21,845.00 | Checking - ******9226 | | | 1,011.68 |

| Deductions From Gross | | | Current | YTD Amount | Non-taxable Company Items | | Current | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 401k Emp. | | | -92.40 | -1,310.70 | 401k Co. Match | | 46.20 | 655.35 |

| Taxes | Current | YTD Amount | Memo |
|---|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 | Direct Deposit |
| Local | -15.40 | -218.45 | |
| LST | -1.00 | -16.00 | |
| Federal Withholding | -230.00 | -3,146.00 | |
| Social Security Employee | -95.48 | -1,354.39 | |
| Medicare Employee | -22.33 | -316.75 | |
| PA - Withholding | -47.28 | -670.64 | |
| PA - Unemployment | -0.93 | -13.11 | |
| | -412.42 | -5,735.34 | |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Advances | -23.50 | -47.00 |

| Net Pay | 1,011.68 | 14,751.96 |
|---|---|---|

---

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

| Employee Pay Stub | | Check number: DD8431 | | Pay Period: 04/17/2021 - 04/23/2021 | Pay Date: 04/30/2021 |
|---|---|---|---|---|---|

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Special | 1:00 | 1,200.00 | 1,200.00 | 23,045.00 | Checking - ******9226 | | | 825.64 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | **Non-taxable Company Items** | | **Current** | **YTD Amount** |
| 401k Emp. | | | -72.00 | -1,382.70 | 401k Co. Match | | 36.00 | 691.35 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | | |
| Local | | | -12.00 | -230.45 | | | | |
| LST | | | -1.00 | -17.00 | | | | |
| Federal Withholding | | | -160.00 | -3,306.00 | | | | |
| Social Security Employee | | | -74.40 | -1,428.79 | | | | |
| Medicare Employee | | | -17.40 | -334.15 | | | | |
| PA - Withholding | | | -36.84 | -707.48 | | | | |
| PA - Unemployment | | | -0.72 | -13.83 | | | | |
| | | | -302.36 | -6,037.70 | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | |
| Advances | | | | -47.00 | | | | |
| **Net Pay** | | | **825.64** | **15,577.60** | | | | |

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444

Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512

Direct Deposit

---

| Employee Pay Stub | | Check number: DD8560 | | | Pay Period: 05/08/2021 - 05/14/2021 | | Pay Date: 05/21/2021 | ✓ |

**Employee**

SSN

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Special | 1:00 | 1,150.00 | 1,150.00 | 26,650.00 | | Checking - ******9226 | | | 795.52 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | | **Non-taxable Company Items** | **Current** | **YTD Amount** | |
| 401k Emp. | | | -69.00 | -1,599.00 | | 401k Co. Match | 34.50 | 799.50 | |
| **Taxes** | | | **Current** | **YTD Amount** | | **Memo** | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | Direct Deposit | | | |
| Local | | | -11.50 | -266.50 | | | | | |
| LST | | | -1.00 | -20.00 | | | | | |
| Federal Withholding | | | -149.00 | -3,786.00 | | | | | |
| Social Security Employee | | | -71.30 | -1,652.30 | | | | | |
| Medicare Employee | | | -16.68 | -386.43 | | | | | |
| PA - Withholding | | | -35.31 | -818.15 | | | | | |
| PA - Unemployment | | | -0.69 | -15.99 | | | | | |
| | | | -285.48 | -6,945.37 | | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | | |
| Advances | | | | -47.00 | | | | | |
| **Net Pay** | | | **795.52** | **18,058.63** | | | | | |

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

---

| Employee Pay Stub | | Check number: DD8603 | | | Pay Period: 05/15/2021 - 05/21/2021 | | Pay Date: 05/28/2021 |  |

| **Employee** | | | | | **SSN** | | | |
| Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512 | | | | | ***-**-0948 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | Amount |
|---|---|---|---|---|---|---|---|---|
| Special | 1:00 | 1,150.00 | 1,150.00 | 27,800.00 | Checking - ******9226 | | | 795.53 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | **Non-taxable Company Items** | | **Current** | **YTD Amount** |
| 401k Emp. | | | -69.00 | -1,668.00 | 401k Co. Match | | 34.50 | 834.00 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | | |
| Local | | | -11.50 | -278.00 | | | | |
| LST | | | -1.00 | -21.00 | | | | |
| Federal Withholding | | | -149.00 | -3,935.00 | | | | |
| Social Security Employee | | | -71.30 | -1,723.60 | | | | |
| Medicare Employee | | | -16.67 | -403.10 | | | | |
| PA - Withholding | | | -35.31 | -853.46 | | | | |
| PA - Unemployment | | | -0.69 | -16.68 | | | | |
| | | | -285.47 | -7,230.84 | | | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | | | |
| Advances | | | | -47.00 | | | | |
| **Net Pay** | | | **795.53** | **18,854.16** | | | | |

Naro Enterprises, Inc., 500 Scranton-Pocono Highway, Covington Township, PA 18444

Naro Enterprises, Inc.
500 Scranton-Pocono Highway
Covington Township, PA 18444


Elizabeth L Boyle
513 Sanderson Street
Throop, PA 18512


Direct Deposit

---

| Employee Pay Stub | | Check number: DD8475 | | | Pay Period: 04/24/2021 - 04/30/2021 | | Pay Date: 05/07/2021 ✓ |

**Employee**

Elizabeth L Boyle, 513 Sanderson Street, Throop, PA 18512

**SSN**

***-**-0948

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Special | 1:00 | 1,220.00 | 1,220.00 | 24,265.00 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** |
| 401k Emp. | | | -73.20 | -1,455.90 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Local | | | -12.20 | -242.65 |
| LST | | | -1.00 | -18.00 |
| Federal Withholding | | | -164.00 | -3,470.00 |
| Social Security Employee | | | -75.64 | -1,504.43 |
| Medicare Employee | | | -17.69 | -351.84 |
| PA - Withholding | | | -37.45 | -744.93 |
| PA - Unemployment | | | -0.73 | -14.56 |
| | | | -308.71 | -6,346.41 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Advances | | | | -47.00 |
| **Net Pay** | | | **838.09** | **16,415.69** |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - ******9226 | | | 838.09 |
| **Non-taxable Company Items** | | **Current** | **YTD Amount** |
| 401k Co. Match | | 36.60 | 727.95 |
| **Memo** | | | |
| Direct Deposit | | | |