# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-21-01784 |
| ELIZABETH L. BOYLE | Chapter 13 |
| Debtor | Henry W. Van Eck, C.B.J. |

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---:|
| **A. Presumptively reasonable fees under L.B.R. 2016-2(c)** | |
| 1. Amount agreed to by debtor | $3,188.00 |
| 2. Less amount paid to attorney prior to filing petition | $350.00 |
| 3. Balance of compensation to be paid through plan distributions | $2,838.00 |
| 4. Expenses advances to be paid through plan distributions. | $0.00 |
| **B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a)** | |
| 1. Retainer received | |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | |
| 3. Expenses reimbursed prepetition | |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | |
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | **$2,838.00** |

Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808

Dated: December 6, 2021