

**U.S. Department of Justice**

**Office of the United States Trustee**

*Middle District of Pennsylvania*

---

*The Sylvia H. Rambo US Courthouse*
*1501 North 6th Street Box 302*   *(717) 221-4515*
*Harrisburg, Pennsylvania  17102*   *FAX 221-4554*

August 22, 2023
VIA US MAIL

Elizabeth L. Boyle
613 Sanderson St
Throop, PA 18512-1201

      Re:    Your Chapter 13 Case No. 5-21-bk-01784-HWV

Dear Ms. Boyle:

      It has come to my attention that you were represented in this case by Attorney Brian Manning. I am sorry to have to inform you that Mr. Manning passed away unexpectedly on August 10, 2023.

      I have reviewed your case and there appears to be some action(s) which must be taken before your case can be concluded. To that end, I strongly recommend that you contact a new lawyer to have that attorney review your case and see what must be done to protect your rights and ensure that you receive the benefit of the bankruptcy that you filed. While the United States Trustee's Office does not provide recommendations regarding counsel, to assist you with finding new counsel, I have taken the liberty of reaching out to the Middle District Bankruptcy Bar Association and the attorneys on the attached sheet have stated that they are willing to talk to Mr. Manning's clients about taking over the representation or otherwise helping you get your case closed.

      Again, I am sorry to have to inform you of Mr. Manning's passing and I wish you success in your case. Should you have any questions, please do not hesitate to contact me.

                                      Sincerely,

                                      D. Troy Sellars
                                      Assistant United States Trustee

cc:    Jack N. Zaharopoulos, Esquire (Chapter 13 Trustee), via ECF
Enclosure

Ronald V. Santora, Esquire
Bresset & Santora, LLC
1188 Wyoming Avenue
Forty Fort, PA 18704
(570) 287-3660

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764

J. Zac Christman, Esquire
556 Main Street, Suite 12
Stroudsburg, PA 18360
(570) 234-3960

Lisa M. Doran, Esquire
Doran & Doran, PC
69 Public Square, Suite 700
Wilkes-Barre, PA 18701
(570) 823-9111

Vincent Rubino, Esquire
Newman Williams, PC
712 Monroe Street
Stroudsburg, PA 18360-0511
And
306 S. New Street
Bethlehem, PA 18015
(570) 421-9090 Ext. 240

Carlo Sabatini, Esquire
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000

Kara K. Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232-6650

Dawn Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market Street
York, PA 17404
(717) 304-1841

Adam Weaver, Esquire
Law Office of Adam R. Weaver, Esq.
1407 Blakeslee Blvd. Dr. East
Lehighton, PA 18235
(570) 818-4888

Paige Martineau, Esquire
Susquehanna Legal Aid for Adults and Youth
1307 Park Ave., Box #10
Williamsport, PA 17701
(570) 392-3025

Jill E. Durkin, Esquire
Durkin Law, LLC
401 Marshbrook Road
Factoryville, PA 18419
(570) 910-0019

David J. Harris, Esquire
Law Office of David J. Harris
69 Public Square, Suite 700
Wilkes-Barre, PA 18701
(570) 823-9400

Charles Laputka, Esquire
Laputka Law Office, LLC
1344 W. Hamilton Street
Allentown, PA 18102
(610) 770-7113

Eugene J. Doud, Esquire
Law Offices of Doud and Coyne
1418 Main Street, Suite 102
Peckville, PA 18452
(570) 487-4550

Raymond W. Ferrario, Esquire
Raymond W. Ferrario, P.C.
538 Biden Street, Suite 528
Scranton, PA 18503
(570) 963-7878

North Penn Legal Services
33 North Main Street, Suite 200
Pittston, PA 18640
(877) 953-4250