UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: ELIZABETH L. BOYLE
BETTY BOYLE

      Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

vs.

ELIZABETH L. BOYLE
BETTY BOYLE

CASE NO: 5-21-01784-HWV

      Respondent(s)

## AMENDED NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date: June 12, 2024
Time: 09:35 AM
      Sylvia H. Rambo United States Courthouse
      Bankruptcy Courtroom 4B, 4th Floor
      1501 North 6th Street
      Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
      **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1082.73**
      **AMOUNT DUE FOR THIS MONTH: $360.61**
      **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $1443.34**

**NOTE:**
ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
  CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   May 16, 2024

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
Id:  80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   ELIZABETH L. BOYLE
         BETTY BOYLE

                    Debtor(s)
                                                    CHAPTER 13
         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                    Movant
vs.
         ELIZABETH L. BOYLE                         CASE NO: 5-21-01784-HWV
         BETTY BOYLE

                    Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 16, 2024, I served a copy of this Amended Notice on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

BRIAN E MANNING, ESQUIRE
800 JOHNSON AVENUE
DICKSON CITY PA  18519-1662

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by First Class Mail

ELIZABETH L. BOYLE
513 SANDERSON ST
THROOP  PA  18512-1201

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 16, 2024                /s/  Liz Joyce
                                   Office of the Standing Chapter 13 Trustee
                                   Jack N. Zaharopoulos
                                   Suite A, 8125 Adams Dr.
                                   Hummelstown, PA  17036
                                   Phone:  (717) 566-6097
                                   email: info@pamd13trustee.com