United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Elizabeth L. Boyle  
    Debtor

Case No. 21-01784-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jun 27, 2024     Form ID: ordsmiss     Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Elizabeth L. Boyle, 613 Sanderson St, Throop, PA 18512-1201 |
| 5430250 | | Boyle Elizabeth L, 613 Sanderson St, Throop, PA 18512-1201 |
| 5430253 | | First National Bank of Pennsylvania, PO Box 6122, Hermitage, PA 16148-0922 |
| 5430251 | | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |
| 5430378 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 27 2024 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5430252 | | Email/Text: cfcbackoffice@contfinco.com | Jun 27 2024 18:36:00 | Cerulean, PO Box 6812, Carol Stream, IL 60197-6812 |
| 5430254 | | EDI: AMINFOFP.COM | Jun 27 2024 22:41:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 5430255 | | EDI: IRS.COM | Jun 27 2024 22:41:00 | INTERNAL REVENUE SERVICE, P O Box 21126, Philadelphia, PA 19114 |
| 5430256 | | EDI: PENNDEPTREV | Jun 27 2024 22:41:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 5430256 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 18:37:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 5431755 | | EDI: PENNDEPTREV | Jun 27 2024 22:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5431755 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5441707 | + | EDI: JEFFERSONCAP.COM | Jun 27 2024 22:41:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5430257 | | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2024 18:37:00 | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |
| 5435451 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 27 2024 18:37:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5430378 | ^ | MEBN | Jun 27 2024 18:35:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jun 29, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Debtor 1 Elizabeth L. Boyle BrianEManning@comcast.net g17590@notify.cincompass.com;manning.brianb123963@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Elizabeth L. Boyle, aka Betty Boyle, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:21−bk−01784−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 27, 2024

ordsmiss (05/18)