FILED 24 JUL 2 PM2:52
CLERK, US COURT, PAMB   KAD

5-21-01784

Judge Van Eck                June 27th 2024

My name is Elizabeth Boyer sending my Chapter 13 payments right along until work got slow and was only working part time. I wrote a letter with a payment to explain a while back, thats when the bridge collapsed in Baltimore MD. all of our frieght stopped for a month and half, I am a treeck driver. Thats why I got backed up with my payments.

When I recieved the court papers I managed to get together the 1443.34 amount I sent it in before the court date on 6-06-24.

But when I got home from work today, 6-27-24, I recieved a letter from the Post Office apoligizing for mangled and ripped money orders that came back. I immediatly called the office of attorney of Trustee to explain. They told me to write you this letter. I'm sorry I'm not use to courts or judges I just want to get back on track and make my payments. which all stemmed from my engine failing in my truck, (I was an owner operator) that year I couldn't pay my taxes.

Case 5:21-bk-01784-HWV    Doc 44    Filed 07/02/24    Entered 07/02/24 14:54:18    Desc
Main Document    Page 1 of 5

It was right before COVID when I called my large Attorney to start my chapter 13. Then I found out today that my lawyer passed away. The Trustees are sending me NEW attorneys to call.

Long story short, I want to make my payments that I owe.

Enclosed I sent my old receipts of the destroyed money orders to prove to you that I sent it in before the court date.

I am replacing them at the store that I bought them at and will mail that out. (1443)

Also I sent Junes payment in already.

I'm closing I apologize for the delay of payment, that was the Post offices Fault.

Thank you very much for reading my letter, I hope I explained my DELIMA.

Thank you,
Elizabeth L. Bogle
513 Samberson St Throop PA
18512

570-877-2237





