United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-01784-HWV
Elizabeth L. Boyle  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jul 23, 2024     Form ID: pdf010     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Elizabeth L. Boyle, 613 Sanderson St, Throop, PA 18512-1201 |
| 5430250 | Boyle Elizabeth L, 613 Sanderson St, Throop, PA 18512-1201 |
| 5430253 | First National Bank of Pennsylvania, PO Box 6122, Hermitage, PA 16148-0922 |
| 5430251 | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2024 18:46:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5430252 | Email/Text: cfcbackoffice@contfinco.com | Jul 23 2024 18:36:00 | Cerulean, PO Box 6812, Carol Stream, IL 60197-6812 |
| 5430254 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 23 2024 18:45:57 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 5430255 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 23 2024 18:36:00 | INTERNAL REVENUE SERVICE, P O Box 21126, Philadelphia, PA 19114 |
| 5430256 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 23 2024 18:36:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 5431755 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 23 2024 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5441707 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 23 2024 18:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5430257 | Email/Text: bankruptcyteam@quickenloans.com | Jul 23 2024 18:36:00 | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |
| 5435451 | + Email/Text: bankruptcyteam@quickenloans.com | Jul 23 2024 18:36:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5430378 | ^ MEBN | Jul 23 2024 18:34:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Debtor 1 Elizabeth L. Boyle BrianEManning@comcast.net g17590@notify.cincompass.com;manning.brianb123963@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 13 |
| ELIZABETH L. BOYLE, aka BETTY BOYLE, : | |
| : | CASE NO. 5:21-bk-01784-HWV |
| Debtor. : | |

## ORDER

Upon consideration of the Correspondence filed by the Debtor, Doc. 44, which the Court construes as a Motion for Reconsideration of the Court's June 27, 2024 Order dismissing the above-captioned case, and the hearing held on July 23, 2024, for the reasons stated on the record, it is

**ORDERED** that the Debtor's Motion to Reconsider is **GRANTED** and the Court's June 27, 2024 Order, Doc. 42, is **VACATED**.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 23, 2024