Certificate Number: 12433-PAM-DE-040971478

Bankruptcy Case Number: 21-01784



12433-PAM-DE-040971478

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 13, 2026</u>, at <u>12:54</u> o'clock <u>PM EDT</u>, <u>Elizabeth Louise Boyle</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 13, 2026</u>    By: <u>/s/Lisa Susoev</u>

Name: <u>Lisa Susoev</u>

Title: <u>Teacher</u>