**Fill in this information to identify the case:**

Debtor 1     ELIZABETH L. BOYLE

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE    District of   PA
                                                             (State)

Case number   21-01784

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made      12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**    ROCKET MORTGAGE LLC fka QUICKEN LOANS     **Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:    0   0   3   9

**Property address:**    513 SANDERSON ST
Number      Street

THROOP,          PA     18512-1201
City                State     ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3:   Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 162.05 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 162.05 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 162.05 |

Case 5:21-bk-01784-HWV    Doc 56    Filed 06/29/26    Entered 06/29/26 09:15:28    Desc
Main Document     Page 1 of 3

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/Donna Schott, Funds Manager        Date  6 / 29 / 2026
  Signature

Trustee    Jack              N              Zaharopoulos
           First Name        Middle Name    Last Name

Address    8125 Adams Drive, Suite A
           Number            Street

           Hummelstown                PA          17036
           City                       State       ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email  info@pamd13trustee.com

Case 5:21-bk-01784-HWV    Doc 56    Filed 06/29/26    Entered 06/29/26 09:15:28    Desc
Main Document      Page 2 of 3

# Disbursements for Claim

**Case: 21-01784       ELIZABETH L. BOYLE**

**ROCKET MORTGAGE**
F/K/A QUICKEN LOAN
635 WOODWARD AVENUE
DETROIT, MI   48226-

Acct No: Anderson St - PRE-ARREARS -

ARREARS - 513 ANDERSON STREET

Sequence:  24
Modify:
Filed Date:
Hold Code:

|  | Debt: | $162.05 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched: $98,430.46 |  |  | Accrued Int: | $0.00 |
| Amt Due: $0.00 | Paid: | $162.05 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **ROCKET MORTGAGE** |  |  |  |  |  |  |  |
| 520-0 | ROCKET MORTGAGE |  | 12/17/2025 | 2054643 | $59.50 | $0.00 | $59.50 | 12/30/2025 |
| 520-0 | ROCKET MORTGAGE |  | 11/19/2025 | 2053702 | $102.55 | $0.00 | $102.55 | 12/02/2025 |
|  |  |  | Sub-totals: |  | $162.05 | $0.00 | $162.05 |  |
|  |  |  | Grand Total: |  | $162.05 | $0.00 |  |  |