Debtor 1    Elizabeth L. Boyle aka Betty Boyle

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Middle    District of    Pennsylvania
(State)

Case number    5:21-bk-01784-HWV

---

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

## Part 1:    Mortgage Information

**Court claim no.** (if known):
3

**Name of claim holder:**    Rocket Mortgage, LLC

**Last 4 digits** of any number you use to identify the debtor's account:    ******0039

**Property address:**    513 Sanderson St
Number        Street

Throop                    PA        18512
City                        State        ZIP Code

## Part 2:    Arrearages

The total amount received to cure any arrearages as of the date of this response:    $                162.05 .

*Check all that apply:*

☒  The amount required to cure any prepetition arrearage has been paid in full.

☐  The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response: $ _____ .

☐  The amount required to cure any postpetition arrearage has been paid in full.

☐  The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _____ .

Case 5:21-bk-01784-HWV    Doc 57    Filed 07/14/26    Entered 07/14/26 13:06:29    Desc
Main Document        Page 1 of 5

| Part 3: | Postpetition Payments |
|---|---|

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

   i.   Date last payment was received on the mortgage:    06/11/2026

   ii.   Date next postpetition payment from the debtor is due:    07/01/2026

   iii.   Amount of the next postpetition payment that is due:    $   982.85

   iv.   Unpaid principal balance of the loan:    $   82,616.45

   v.   Additional amounts due for any deferred or accrued interest:    $   478.87

   vi.   Balance of the escrow account:    $   720.28

   vii.   Balance of unapplied funds or funds held in a suspense account:    $   0.00

   viii.   Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:    $   0.00

| Part 4 | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 5:21-bk-01784-HWV   Doc 57   Filed 07/14/26   Entered 07/14/26 13:06:29   Desc
Main Document   Page 2 of 5

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ */s/ Shawn Miller*      Date 7/13/2026

Signature

Name     Shawn Miller

First name     Middle name     Last name

Title     Agent for Creditor

Company     Aldridge Pite, LLP

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700

Number     Street

Atlanta       GA       30305

City     State     ZIP Code

Contact phone     (404 ) 994-7400          Email shawnmiller@aldridgepite.com

Case 5:21-bk-01784-HWV     Doc 57     Filed 07/14/26     Entered 07/14/26 13:06:29     Desc
Main Document     Page 3 of 5

```
                    ==================================================                    7/10/26
                              Payoff Quote Include/Omit Items                            12:47:03
                    ==================================================                        ADD
                    PO Dt   7/27/26       Int Paid To      6/01/26
                    Sub Code    01        Next Due Dt      7/01/26       Int Rate        3.750
Prin Bal       82,616.45                  Per Diem Int                     8.49   Int Calcs     478.87
Optional Items to I-Include or O-Omit:                                          Plan Number      00002
 I  Escrow Balance              720.28       O  Total Late Charges                       .00
    Interest on Escrow             .00       I  Total NSF Charges                        .00
 I  Escrow Advance                 .00       O  Optional Ins Payment                     .00
 I  Misc Suspense Bal              .00       O  Prepayment Penalty                       .00
 I  Forbearance Bal                .00       O  Mortgage Ins Premium                   62.80
 O  Subsidy                        .00       O  Other Fees Due                           .00
 O  Hazard Suspense Bal            .00       O  Rebate Points Financed             0000000
    Int on Hazard Loss             .00       I  Deferred Principal                       .00
 O  Inv. Advance                   .00       O  Recording Fee_____          0000000000000
 I  Corp Advance Bal               .00       O  Quote fee _____          0000000000000
 O  Corp Expense Bal               .00    _____ O Oth2  COUNTY RECORDING FEE    0000000007675
 O  Default Int Due                .00    _____ O Oth1  ANTICIPATED FEE        0000000000000  +
 I  Deferred Int                   .00       O  MBS Liq Difference                     36.60
 O  Prepaid Ins Rebate            .00
 O  Partial Claims                .00
Accept Quote -_Y/N N                                              PO Amt          82,375.04


   F11=Corp Adv    F12=Return    F13=Opt Ins     F14=Corp Expense      F24=More keys
```

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: July 14, 2026

| | |
|---|---|
| Chapter 13 Trustee: | Jack N Zaharopoulos |
| Trustee Address: | Standing Chapter 13 |
| | (Trustee) |
| | 8125 Adams Drive, Suite A |
| | Hummelstown, PA 17036 |
| Trustee Email: | info@pamd13trustee.com |
| | |
| Debtor's Counsel Name: | Brian E Manning |
| Debtor's Counsel Address: | The Law Office of Brian E. Manning |
| | 800 Johnson Ave. |
| | Dickson City, PA 18519 |
| Debtor's Counsel Email: | BrianEManning@comcast.net |
| | |
| Debtor's Counsel Name: | Roger Mattes, Jr |
| Debtor's Counsel Address: | Mattes & Mattes, P.C. |
| | P.O. Box 222 |
| | 201 West Main Street |
| | Dalton, PA 18414 |
| Debtor's Counsel Email: | info@matteslawers.com |
| | |
| Debtor 1 Name: | Elizabeth L. Boyle |
| Debtor's Mailing Address: | 613 Sanderson St |
| | Throop, PA 18512-1201 |

    /s/ Cecilia Metcalf