United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 21-01784-HWV
Elizabeth L. Boyle Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 2
Date Rcvd: Sep 02, 2026 Form ID: fnldecnd Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Elizabeth L. Boyle, 613 Sanderson St, Throop, PA 18512-1201 |
| 5430250 | Boyle Elizabeth L, 613 Sanderson St, Throop, PA 18512-1201 |
| 5430251 | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2026 18:58:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Sep 02 2026 18:54:00 | Rocket Mortgage, LLC, c/o Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| 5430252 | | Email/Text: cfcbackoffice@contfinco.com | Sep 02 2026 18:54:00 | Cerulean, PO Box 6812, Carol Stream, IL 60197-6812 |
| 5430253 | | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 02 2026 18:54:00 | First National Bank of Pennsylvania, PO Box 6122, Hermitage, PA 16148-0922 |
| 5430254 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 02 2026 18:58:46 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 5430255 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 02 2026 18:54:00 | INTERNAL REVENUE SERVICE, P O Box 21126, Philadelphia, PA 19114 |
| 5430256 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2026 18:54:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 5431755 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2026 18:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5441707 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2026 18:54:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5430257 | | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 02 2026 18:54:00 | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |
| 5435451 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 02 2026 18:54:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5430378 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2026 18:58:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Debtor 1 Elizabeth L. Boyle BrianEManning@comcast.net g17590@notify.cincompass.com;manning.brianb123963@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans, Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Roger Mattes, Jr | on behalf of Debtor 1 Elizabeth L. Boyle info@matteslawers.com joan.bird@frontier.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Elizabeth L. Boyle,<br>aka Betty Boyle, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:21−bk−01784−HWV |

Social Security No.:
xxx−xx−0948
Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Elizabeth L. Boyle** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 2, 2026

**fnldec** (01/22)